AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>FELDMAN, MARTIN L.C. | **2. Court or Organization**<br><br>EASTERN DISTRICT OF LOUISIANA | **3. Date of Report**<br><br>08/13/2017 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☐　Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |
| **7. Chambers or Office Address**<br><br>500 POYDRAS STREET, Rm. 555<br>NEW ORLEANS, LA 70130-3313 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/15/2016 | Rollover IRA Distribution | $560.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Witherspoon Institute | 10/16-17/2016 | Princeton, NJ | Conference at Princeton University | Lodging and meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FELDMAN, MARTIN L.C.** | 08/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 2. FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 3. Senior Housing Properties 0403 | A | Dividend | J | T | | | | | |
| 4. NexPoint Credit Strategies | A | Dividend | J | T | Buy (add'l) | 10/19/16 | J | | |
| 5. Equity Commonweath Com. Sh Ben.Int. | A | Int./Div. | K | T | | | | | |
| 6. GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 7. Ocean Energy Notes | B | Interest | | | Sold | 08/11/16 | K | B | |
| 8. Virtus Total Return Fd | A | Dividend | J | T | | | | | |
| 9. FNMA CMO SER 1990-78 | A | Interest | | | Sold | 02/25/16 | J | A | |
| 10. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 11. AB International Value Fd. Cl A Alliance Bernstein, #0436 Y | A | Dividend | J | T | | | | | |
| 12. FNMA #1990-78 CL-J, 0403 | B | Interest | | | Sold | 02/25/16 | J | A | |
| 13. Citigroup | A | Dividend | J | T | | | | | |
| 14. GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 15. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 16. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |
| 17. Shoretel, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Archer, Ltd | A | Dividend | J | T | | | | | |
| 19. Bank of America | A | Dividend | J | T | | | | | |
| 20. RAIT Financial Trust - 0403 | A | Int./Div. | J | T | | | | | |
| 21. Chase Bank | A | Interest | K | T | | | | | |
| 22. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 23. FNMA1993-82H, 0403 | A | Interest | J | T | | | | | |
| 24. Proshares Ultra Financials-IRA | A | Distribution | J | T | | | | | |
| 25. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 26. Energy Transfer Equity | A | Distribution | J | T | Sold (part) | 01/06/16 | J | A | |
| 27. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 28. | | | | | Sold (part) | 05/02/16 | J | A | |
| 29. | | | | | Sold | 02/03/16 | J | D | |
| 30. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 31. Triangle Capital Corporation | B | Dividend | | | Sold | 05/05/16 | K | D | |
| 32. | | | J | T | Buy (add'l) | 08/31/16 | J | | |
| 33. Blackrock Enhanced Equity Trust | A | Dividend | J | T | | | | | |
| 34. Five Star Quality Care | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Quicksilver Resources 0403 | A | Dividend | J | T | | | | | |
| 36. Frontier Communications | A | Dividend | J | T | | | | | |
| 37. Surburban Propane Partnership LP | A | Distribution | J | T | | | | | |
| 38. FHLMC CMO Series 3699 LA | B | Interest | K | T | | | | | |
| 39. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 40. FHLMC CMO Series 3772 NA | A | Interest | J | T | | | | | |
| 41. Medical Properties Trust Inc. 0403 | B | Dividend | | | Sold | 01/12/16 | J | B | |
| 42. GNMA CMO SERIES 2011-21 BA | A | Interest | | | Sold | 02/11/16 | J | A | |
| 43. Fidus Investment Corporation | A | Dividend | J | T | Buy (add'l) | 11/29/16 | J | | |
| 44. | | | | | | | | | |
| 45. Nuveen Preferred Income | A | Dividend | | | Sold | 03/11/16 | J | A | |
| 46. Aegon NV 8% Note | A | Interest | J | T | | | | | |
| 47. FNMA CMO Series 2012-120QA | A | Interest | J | T | | | | | |
| 48. FNMA CMO 2012-152 TA 0403 | A | Interest | J | T | | | | | |
| 49. Spyglass Res Corporation#0403 | A | Dividend | J | T | | | | | |
| 50. Eagle Class-JPMorgan Prime MM 0403 | A | Int./Div. | J | T | | | | | |
| 51. Raymond James Bank Deposit Program, IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fifth Street Finance | A | Dividend | J | T | | | | | |
| 53. Blackstone Group LP | A | Distribution | J | T | Buy (add'l) | 01/14/16 | J | | |
| 54. | | | | | Sold (part) | 01/20/16 | J | A | |
| 55. GNMA Remic Trust 3.5% 2013-104 | B | Interest | J | T | | | | | |
| 56. Sabra Healthcare REIT | A | Dividend | | | Sold | 01/05/16 | J | A | |
| 57. Eagle Class-JPMorgan Prime Money Market | A | Dividend | J | T | | | | | |
| 58. Crestwood Equity Partners LP | A | Distribution | J | T | | | | | |
| 59. Fannie Mae 8.25% Pfd. #0403 | A | Int./Div. | J | T | | | | | |
| 60. KKR & Company LP | A | Distribution | J | T | | | | | |
| 61. Memorial Production Partners LP | A | Distribution | J | T | | | | | |
| 62. Alcentra CAP Corp. | A | Dividend | J | T | Buy (add'l) | 09/15/16 | J | | |
| 63. GNMA Remic Trust 2013-131 KQ 3.5% | A | Interest | J | T | | | | | |
| 64. FNMA Remic Trust 2014-49 PU 3.0% | A | Interest | | | Sold | 12/27/16 | J | A | |
| 65. Brookfield Real Assets Income Fund Inc. (X) | A | Dividend | J | T | Sold (part) | 12/14/16 | J | A | |
| 66. Blackrock Muni Income TR II | A | Int./Div. | J | T | | | | | |
| 67. Stellus Capital Invt. Corporation | A | Dividend | | | Sold (part) | 08/11/16 | J | A | |
| 68. | | | | | Sold | 09/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HCP Inc. REIT | A | Dividend | J | T | Buy (add'l) | 05/04/16 | J | | |
| 70. | | | | | Sold (part) | 08/09/16 | J | A | |
| 71. Alcentra Cap. Corporation #0403 | B | Dividend | J | T | | | | | |
| 72. Eagle Class-JPMorgan Prime MM #0436 | A | Dividend | J | T | | | | | |
| 73. Two HBRS Invt. Corporation REIT #0403 | A | Dividend | K | T | | | | | |
| 74. Sandridge Permian Tr. Com. Unit Ben. Int.#0403 | A | Distribution | J | T | | | | | |
| 75. Barings Global Short Duration old is Babson Cap Glb. DURHGH Yd. #0403 | A | Dividend | K | T | | | | | |
| 76. Huntington Bancshares Inc. | A | Dividend | J | T | | | | | |
| 77. Carlyle Group LP | A | Distribution | J | T | Buy (add'l) | 12/09/16 | J | | |
| 78. Oneok Partners LP | A | Distribution | | | Sold (part) | 06/08/16 | J | A | |
| 79. | | | | | Sold | 07/07/16 | J | A | |
| 80. Manulife Financial Corporation | A | Dividend | | | Buy (add'l) | 07/12/16 | J | | |
| 81. | | | | | Sold | 10/28/16 | J | A | |
| 82. Cohen & Steers Quality Rlty Fd | A | Dividend | J | T | Buy (add'l) | 03/11/16 | J | | |
| 83. | | | | | Sold (part) | 07/27/16 | J | A | |
| 84. GNMA Remic Trust 2015-144 KQ | A | Interest | J | T | | | | | |
| 85. Merck & Company Inc. | A | Dividend | | | Sold | 10/11/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nexpoint Residential Tr. Inc. | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 87. Verizon Communications | A | Dividend | | | Buy (add'l) | 01/05/16 | J | | |
| 88. | | | | | Sold (part) | 02/25/16 | J | A | |
| 89. | | | | | Sold | 04/07/16 | J | A | |
| 90. Fortress Investment Group #0403 | A | Dividend | J | T | | | | | |
| 91. Fortress Trans Infr. INvs LLC#0403 | A | Distribution | | | Sold | 12/02/16 | J | A | |
| 92. Carlyle Group LP #0403 | A | Dividend | J | T | | | | | |
| 93. Swift Transn Company Cl A #0403 | A | Dividend | | | Sold | 01/06/16 | J | A | |
| 94. GNMA 3.0% due 12/20/2045 | A | Interest | | | Sold | 12/20/16 | J | A | |
| 95. FHLMC Remic Ser. 4419 PD 3% | A | Interest | J | T | | | | | |
| 96. Lazard Limited SHS A | A | Dividend | J | T | | | | | |
| 97. SLM Corporation #0436 | A | Dividend | | | Buy | 09/30/16 | J | | |
| 98. | | | | | Sold | 12/14/16 | J | A | |
| 99. Microsoft Corporation | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 100. Main Street Capital Corporation | A | Dividend | | | Buy | 02/16/16 | J | | |
| 101. | | | | | Sold | 03/18/16 | J | A | |
| 102. Sunoco Logistics Ptrs. LP | A | Distribution | K | T | Buy | 07/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 104. Columbia Pipeline Partners LP | A | Distribution | | | Buy | 04/19/16 | J | | |
| 105. | | | | | Sold | 06/16/16 | J | A | |
| 106. TPG Specialty Lending Inc. #0403 | A | Dividend | J | T | Buy | 09/15/16 | J | | |
| 107. Western Asset High Inc. Opp. Fd. | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 108. American Eqty. Invt. Life Hold co. | A | Dividend | | | Buy | 11/04/16 | J | | |
| 109. | | | | | Sold | 11/10/16 | J | A | |
| 110. Verizon Communications Inc. | A | Dividend | | | Buy (add'l) | 11/11/16 | J | | |
| 111. | | | | | Sold | 12/20/16 | J | A | |
| 112. FHLMC REMIC Series 4116 GA 2.5% | B | Interest | J | T | Buy | 01/22/16 | J | | |
| 113. Metlife Inc. | A | Dividend | | | Buy | 03/01/16 | J | | |
| 114. | | | | | Sold | 04/21/16 | J | A | |
| 115. Talmer Bancorp Inc. | A | Dividend | | | Buy | 03/07/16 | J | | |
| 116. | | | | | Sold | 05/04/16 | J | A | |
| 117. Pharmerica Corp. | A | Dividend | | | Buy | 04/21/16 | J | | |
| 118. | | | | | Sold | 05/19/16 | J | A | |
| 119. Steris PLC | A | Dividend | | | Buy | 09/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/03/16 | J | A | |
| 121. Genesis Energy LP | A | Distribution | | | Buy | 05/06/16 | J | | |
| 122. | | | | | Sold | 11/22/16 | J | A | |
| 123. First TR High Income L/S Fd. | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 124. Monroe Cap. Corporation | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 125. Prudential SHT Duration High Yld. Fd. | B | Dividend | K | T | Buy | 06/09/16 | J | | |
| 126. | | | J | | Buy (add'l) | 11/02/16 | J | | |
| 127. TPG Specialty Lending Inc. | A | Dividend | J | T | Buy | 06/21/16 | J | | |
| 128. TCP CAP Corporation | A | Dividend | K | T | Buy | 08/09/16 | J | | |
| 129. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 130. Quality Care Properties Inc. REIT | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 131. MPLX LP | A | Distribution | J | T | Buy | 10/31/16 | J | | |
| 132. MedEquities Realty Tr. Inc. REIT | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 133. Weyerhaeuser Company REIT | A | Dividend | J | T | Buy | 11/09/16 | J | | |
| 134. Nokia Corporation ADR | A | Dividend | J | T | Buy | 12/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 11. - Name change.

LINE 65 - NAME CHANGE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARTIN L.C. FELDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544